**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 21 2021

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 21-1931 WJ |
| ) | |
| vs. ) | 18 U.S.C. §§ 111(a) and (b): Assault Upon |
| ) | a Federal Employee Involving Infliction of |
| **ROBERT GUTIERREZ**, ) | Bodily Injury. |
| ) | |
| Defendant. ) | |

# INDICTMENT

The Grand Jury charges:

On or about December 3, 2021, in San Miguel County, in the District of New Mexico, the defendant, **ROBERT GUTIERREZ**, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with John Doe, an officer and employee of the United States Postal Service, while John Doe was engaged in, and on account of, the performance of John Doe's official duties, and such acts inflicted bodily injury.

In violation of 18 U.S.C. §§ 111(a) and (b).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney